## STILL v. HOWARD ET AL.

December 22, 1838.

*Rule to show cause why an exoneretur should not be allowed.*

Summons against bail to the action served *within* ten days of the return day. The bail will be exonerated if he surrenders the principal within ten days after the day of service, and the *quarto die post* of the ten days—that is, within *fourteen* days after the service of the summons against the bail. The *quarto die post* as to such a case is not computed from the return day.

THIS was a summons in debt on a bail bond given to the sheriff. The writ was issued, returnable to the November return day—the first Monday, which was the fifth day of November, 1838, and was served on the 2d and 3d of November, on different defendants, who appeared November 13th, took a bail piece againt the defendant in the original action, and surrendered him on the fifteenth day of November.

The defendants then obtained this rule to show cause why an exoneretur should not be entered on the bail piece.

[Still v. Howard et al.]

*Perkins,* for plaintiff, said the bail was absolutely fixed—the surrender, to be available, should have been at least by the expiration of the *quarto die post* of the return day, which was the 5th of November; whereas the surrender here was on the 15th, ten days after the return day.

*Whitman,* contra.

The counsel cited act of 28th March, 1835, (*Stroud's Purd. tit. Courts*); act of 13th June, 1836, (*ibid tit. Action*); 7 *T. R.* 355, 357; 4 *East.* 102; 2 *H. Bl.* 593; 2 *T. R.* 757, 758; 1 *Lee's D. Pr.* 212; 12 *S. & R.*; 1 *Arch Pr.* 286.

PER CURIAM.—We have repeatedly said that the acts of 28th March, 1835, and 13th June, 1836, relating to the commencement of actions, have altered our practice, though the defendant is placed in no worse situation than before. He is entitled to ten days service of the writ, and then has the four days for appearance, before judgment can be taken against him by default.[a] The surrender of the defendant is in time if he is surrendered in *fourteen* days after the service of the summons on the bail. In this case the writ having been served *within* ten days of the return day, the bail may surrender on the day he is bound to appear, which is the *quarto die post* of ten days service.

Rule absolute.

[a] See the cases in the Index to this volume.